STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

19-792

STATE OF LOUISIANA

VERSUS

DONALD BROUSSARD

************

APPEAL FROM

SIXTEENTH JUDICIAL DISTRICT COURT,

PARISH OF IBERIA, NO. 17-284

HONORABLE CURTIS SIGUR, DISTRICT JUDGE

************

SYLVIA R. COOKS

JUDGE

************

Court composed of Sylvia R. Cooks, Phyllis M. Keaty and Van H. Kyzar, Judges.

**REVERSED. REMANDED FOR A NEW TRIAL**.

Pride J. Doran
Dwazendra J. Smith
Doran and Cawthorne
521 East Landry Street
Opelousas, LA 70571
(337) 948-8008
  Attorneys for Defendant/Appellant:
  Donald Broussard

Hon. M. Bofill Duhe´
District Attorney, Sixteenth Judicial District
Janet M. Perrodin, Assistant District Attorney
W. Claire Howington, Assistant District Attorney
300 Iberia Street, Suite 200
New Iberia, LA  70560
(337) 369-4420
  Attorneys for Appellee: State of Louisiana

**COOKS, Judge.**

The record in this case shows the jury was polled and returned a verdict of guilty of negligent homicide, a violation of La.R.S. 14:32, by a vote of eleven to one.

The United States Supreme Court recently held non-unanimous jury verdicts unconstitutional. *Ramos v. Louisiana*, 2020 WL 1906545, 590 U.S. ___, ___ S.Ct. ___ (2020). (Slip Op.). The Supreme Court unambiguously determined that non-unanimous verdicts are not permissible under the Sixth Amendment to the Constitution and the prohibition applies to the states through the Fourteenth Amendment. (Slip Op. at p. 26; *see also* concurrences by Sotomayor, Kavanaugh, and Thomas, JJ.).[1]

Further, the opinion recognizes, that its ruling applies to cases pending on direct review. (Slip Op. at 22-23.) Justice Kavanaugh's concurrence states this explicitly. (Slip Op. at 15-17.) Such review is in keeping with this state's jurisprudence. *See*, *State v. Ruiz*, 06-1755 (La. 4/11/07), 955 So.2d 81. We therefore find the *Ramos* ruling is applicable and it requires Defendant's conviction by a non-unanimous jury verdict be reversed. Accordingly, the case must be remanded for a new trial.

**REVERSED. REMANDED FOR A NEW TRIAL**.

---

[1]Each concurrence has its own sequence of page numbers.